433 A.2d 107

Chambers Development Co., etc. v. Fasulo, etc., Appellant.

U. S. Utilities Service Corp., etc. v. Fasulo, Appellant.

488

■■■■■ Argued November 15, 1979. Stanley W. Greenfield, for appellant; Howard T. Gilfillan, for appellees.

Before PRICE, HESTER and MONTGOMERY, JJ.

Orders affirmed.